**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CALVIN WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 10-00078-CG-N |
| | ) |
| DOMINION MANAGEMENT, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(A) and Standing Order 6 of this Court and dated March 29, 2010, is **ADOPTED** as the opinion of this court and it is **ORDERED** that plaintiff's motion to sever and remand Count One of his Complaint is hereby **GRANTED**. The Clerk of this Court is directed to take such steps as are necessary to transfer Count One of the Complaint back to the Circuit Court of Mobile County, Alabama, from whence it was removed. The case shall proceed as to Count Two of the Complaint, the claim for unpaid overtime under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201.

**DONE and ORDERED** this 19th day of April, 2010.

                                                /s/ Callie V. S. Granade
                                                CHIEF UNITED STATES DISTRICT JUDGE